IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DENNIS P. LEONARD, SR.. ) | Case No. 10-45325-abf7 |
| AUBREY E. LEONARD ) | |
| ) | |
| Debtors. ) | |

## ENTRY OF APPEARANCE

COMES NOW, Martin, Pringle, Oliver, Wallace & Bauer, LLP, attorneys for Hillcrest Bank, N.A. and hereby enter their appearance in the above-referenced bankruptcy estate, all notices and pleadings in regard to this proceeding should be directed to the undersigned at the address set forth below.

>MARTIN, PRINGLE, OLIVER,
>
>WALLACE & BAUER, LLP
>
>By:   /s/ Scott B. Haines
>        Scott B. Haines          MO #32525
>        6900 College Blvd., Suite 700
>        Overland Park, Kansas  66211
>        Telephone:   (913) 491-5500
>        Facsimile:    (913) 491-3341
>
>ATTORNEYS   FOR   HILLCREST
>BANK, N..A.

.

## CERTIFICATE OF MAILING

I hereby certify that a true and exact copy of the foregoing was mailed this 11th day of November, 2010 to: Robert L. Knapp, Attorney for Debtors, 14701 E. 42nd St., Independence, Missouri, 64055.

>/s/ Scott B. Haines
>Attorneys for  Hillcrest Bank, N.A.